**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**T.M.B.A.**

**Petitioner**

**-against-**

**KENNEDY, JR. ET AL**

**Respondents.**

---

**1:26-a-7604 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

By end of day on September 9, 2026, Petitioner is ordered to respond to the Government's September 8, 2026 letter requesting an extension to answer.

**SO ORDERED.**
**Dated: September 9, 2026**
**New York, New York**

Andrew L Carter Jr

**ANDREW L. CARTER, JR.**
**United States District Judge**